UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAMARR ROWELL,<br>    #61987 | )<br>)<br>) | |
| Plaintiff, | )<br>) | 3:10-cv-00675-ECR-RAM |
| vs. | )<br>) | |
| HOWARD SKOLNIK, *et al.*, | )<br>) | **ORDER** |
| Defendants. | )<br>) | |

On May 6, 2011, this action was dismissed without prejudice (ECF #7), and judgment was entered accordingly (ECF #8).

Plaintiff has filed a motion for return of documents from the court file (ECF #9). Plaintiff's motion is **DENIED**. Plaintiff has been notified by the clerk of the cost of copying the documents he requests (*see* case no. 3:11-cv-00021-ECR-VPC, ECF #6 ex. A, correspondence from the Clerk's Office indicating the cost of obtaining copies of documents in that case as well as for the instant case). It is not the court's obligation to provide litigants, even indigent ones, with copy services.[1] The

---

[1] Plaintiff cannot proceed in forma pauperis in this action or any other civil action filed in any federal court because he has had three (3) or more actions dismissed for failure to state a claim upon which relief may be granted, or as frivolous or malicious (ECF #4).

1 clerk shall not provide copies. Plaintiff may submit a copy request to the clerk together with the
2 appropriate fee.
3       **IT IS THEREFORE ORDERED** that plaintiff's motion for return of documents (ECF
4 #) is **DENIED**.

7       DATED this 6th day of February 2012.

                     *Edward C. Reed.*
                     UNITED STATES DISTRICT JUDGE